UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN YOUNG,

       Plaintiff,

v.

       Case No. 06-11821
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PETITION FOR ATTORNEY FEES

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 4, 2012

       PRESENT:  Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

     In a Report and Recommendation ("R & R") issued on June 27, 2012, Magistrate Judge R. Steven Whalen has recommended that the Court grant a petition filed by counsel for Plaintiff Karen Young seeking approval of an award of attorney fees in the amount of $25,000.00.  No objections have been filed to the R & R.  Having reviewed the R & R, the underlying petition filed by Plaintiff's counsel, and the remainder of the record, the Court fully concurs in the reasoning and findings of the Magistrate Judge, and adopts the R & R in its entirety.  Accordingly,

     NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

June 27, 2012 Report and Recommendation (docket #39) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, the December 6, 2011 petition filed by Plaintiff's counsel seeking approval of attorney fees in the amount of $25,000.00 (docket #33) is GRANTED.

In light of this ruling, IT IS FURTHER ORDERED that Plaintiff's counsel shall be awarded the sum of $25,000.00 in attorney fees under 42 U.S.C. § 406(b), with a credit given to Plaintiff in the amount of $4,000.00 for fees previously paid to her counsel under the Equal Access to Justice Act.  Finally, IT IS FURTHER ORDERED that the resulting net fee award of $21,000.00 shall be paid to Plaintiff's counsel from the $70,297.50 that the Defendant Commissioner of Social Security has withheld from Plaintiff's award of past due benefits, with the balance of $49,297.50 being paid to Plaintiff Karen Young.

SO ORDERED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  September 4, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2012, by electronic and/or ordinary mail.

s/Shawntel R. Jackson for Ruth A. Gunther
Case Manager